UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jose A. Franco, *et al.*,

    Plaintiffs,

v.

County of Fresno, *et al.*,

    Defendants.

Case No. 2:17–cv–11

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

On February 23, 2017, the United States Magistrate Judge recommended that Plaintiff's action be dismissed for failure to state a claim as to Plaintiffs' federal claims and to decline to exercise supplemental jurisdiction over Plaintiffs' state-law claims. Report and Recommendation, ECF No. 3 ("R&R"). The parties were specifically advised of their right to object to the R&R and of the consequences of their failure to do so. There has nevertheless been no objection to the R&R.

The R&R, ECF No. 3, is hereby **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                      /s/ Michael H. Watson
                                                  MICHAEL H. WATSON, JUDGE
                                                  UNITED STATES DISTRICT COURT